

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-18-00039-CV

————————————————

RICHARD POWELL AND VICKIE POWELL, Appellants

V.

SERVIS ONE, INC. D/B/A BSI FINANCIAL SERVICES, AND WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR VENTURES TRUST 2013-I-H-R, Appellees

On Appeal from the Probate Court
Denton County, Texas
Trial Court No. PR-2016-00610

Before Gabriel, J.; Sudderth, C.J.; and Pittman, J.
Per Curiam

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Unopposed Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of this appeal shall be taxed against the party incurring same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

Per Curiam

Delivered: September 20, 2018